IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ERICA WILLIS TANKS, as administrator of
the Estate of Thomas Willis, as personal
representative of Thomas Willis, for the benefit
of all heirs of Thomas Willis, and as natural
daughter of Thomas Willis**                                                         **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 4:05CV183LA**

**NEAS, INC. and PSYCHOLOGY
ASSOCIATES, L.L.C.**                                                               **DEFENDANTS**

## ORDER

THIS ACTION having come before the Court on the motion of Psychology Associates, LLC, requesting an extension to December 29, 2006, to file its designation of expert witnesses [63], and the Court having considered the motion and the response in opposition filed by the plaintiff [69] finds that the motion is well taken and that the same should be granted.  The Court notes that Psychology Associates filed a designation of expert witnesses on December 1, 2006 [62], and filed a supplemental designation on December 29, 2006 [73], and the Court therefore finds that both of these designations were timely filed.

IT IS THEREFORE ORDERED THAT the motion of Psychology Associates, LLC, to extend its expert designation deadline is hereby granted, and that the designation and supplemental designation filed by Psychology Associates, LLC, are timely.

IT IS SO ORDERED, this the 10th day of January, 2007.

S/Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE