# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ERICA WILLIS TANKS, as Administrator of the**                      **PLAINTIFF**
**Estate of Thomas Willis, as Personal Representative**
**of Thomas Willis for the Benefit of All Heirs of**
**Thomas Willis, and as Natural Daughter of Thomas Willis**

**VS.**                      **CIVIL ACTION NO.   4:05cv183TSL-AGN**

**NEAS, INC.**                                                **DEFENDANT**

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This Court, having been advised by Plaintiff, Erica Willis Tanks, as Administrator of the Estate of Thomas Willis, as Personal Representative of Thomas Willis for the Benefit of all Heirs of Thomas Willis, and as Natural Daughter of Thomas Willis ("Plaintiff"), and Defendant NEAS, Inc., that a compromise settlement between these parties has been reached, is of the opinion that there is good cause for entry of the foregoing Agreed Final Judgment of Dismissal With Prejudice, and that there is no just reason for delaying entry of this Judgment.

**IT IS THEREFORE ORDERED** that any and all claims asserted by Plaintiff against NEAS, Inc., are **DISMISSED WITH PREJUDICE**, with each listed party paying its own costs and expenses of the litigation, including attorneys' fees.

**SO ORDERED**, this the 13th day of June, 2008.

                                                   /S/ TOM S. LEE
                                                   United States District Court Judge

**AGREED TO:**

/s/ Troy Farrell Odom
Troy Farrell Odom,
Attorney for Erica Willis Tanks, as Administrator
of the Estate of Thomas Willis, as Personal
Representative of Thomas Willis for the Benefit
of all Heirs of Thomas Willis, and as Natural
Daughter of Thomas Willis



/s/ J. Scott Rogers
J. Scott Rogers,
Attorney for NEAS, Inc.